**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENNIFER CLARK AND** | : | |
| **STEVEN CLARK, H/W** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **THE FRESH MARKET** | : | |
| **and** | : | |
| **JOHN ROTOLI** | : | **NO.   21-03043** |

### ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter my appearance as co-counsel on behalf of Plaintiffs, Jennifer Clark

and Steven Clark with reference to the above-captioned case.

Respectfully submitted,

**PANSINI, MEZROW & DAVIS**

**DATE:  August 2, 2021**          **BY:  /s/ Adam C. Davis**
                                **ADAM C. DAVIS, ESQUIRE**
                                **Attorney for Plaintiffs**